MARCI LERNER MILLER (CA Bar #162790)
JULIA ANNE MATHESON (CA Bar # 214163)
POTOMAC LAW GROUP, PLLC
1303 Avocado Ave., Suite 230
Newport Beach, CA 92660
Telephone: (949) 706-9734
Fax: (949) 266-8069
mmiller@potomaclaw.com
jmatheson@potomaclaw.com

JANET F. SATTERTHWAITE (VA Bar # 26759, DC Bar # 414043)
POTOMAC LAW GROUP, PLLC
(pro hac vice motion filed concurrently)
1300 Pennsylvania Ave N.W., Suite 700
Washington D.C. 20004
Telephone: (202) 486-1578
jsatterthwaite@potomaclaw.com

JOHN R. SNYDER (Mass. Bar # 471480, Conn. Bar # 407348)
(*pro hac vice* motion filed concurrently)
POTOMAC LAW GROUP, PLLC
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone: (617) 285-1790
jsnyder@potomaclaw.com

Attorneys for Defendant,
Ocean Spray Cranberries, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wedge Water LLC DBA Wave Soda,<br><br>Plaintiff,<br><br>v.<br><br>Ocean Spray Cranberries, Inc., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00809-GPC-BLM<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT OCEAN SPRAY CRANBERRIES, INC.** |

**Defendant's Fed. R. Civ. P 7.1 Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2 , defendant Ocean Spray Cranberries, Inc. states that it is a non-governmental corporate party in the above- captioned action. It has no parent company and no publicly held entity owns more than 10% of its stock.

Dated: May 3, 2021

                                      Respectfully submitted,
                                      POTOMAC LAW GROUP
                                      By: s/Marci Lerner Miller

                                      Marci Lerner Miller

                                      Attorneys for Defendant
                                      Ocean Spray Cranberries, Inc.

**Defendant's Fed. R. Civ. P 7.1 Corporate Disclosure Statement**