MARCI LERNER MILLER (CA Bar #162790)
JULIA ANNE MATHESON (CA Bar # 214163)
POTOMAC LAW GROUP, PLLC
1303 Avocado Ave., Suite 230
Newport Beach, CA 92660
Telephone: (949) 706-9734
Fax: (949) 266-8069
mmiller@potomaclaw.com
jmatheson@potomaclaw.com

JANET F. SATTERTHWAITE (VA Bar # 26759, DC Bar # 414043)
POTOMAC LAW GROUP, PLLC
(pro hac vice motion pending)
1300 Pennsylvania Ave N.W., Suite 700
Washington D.C. 20004
Telephone: (202) 486-1578
jsatterthwaite@potomaclaw.com

JOHN R. SNYDER (Mass. Bar # 471480, Conn. Bar # 407348)
Admitted *pro hac vice*
POTOMAC LAW GROUP, PLLC
101 Federal Street, Suite 1900
Boston, MA 02110
Telephone: (617) 285-1790
jsnyder@potomaclaw.com

Attorneys for Defendant,
Ocean Spray Cranberries, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Wedge Water LLC DBA Wave Soda, Plaintiff, v. Ocean Spray Cranberries, Inc., and DOES 1 through 25, inclusive, Defendants. | Case No.: 3:21-cv-00809-GPC-BLM<br><br>***OCEAN SPRAY'S NOTICE OF INTENT TO OPPOSE WEDGE WATER'S EX PARTE MOTION FOR EXPEDITED DISCOVERY*** |
|---|---|

- 1 -

**OCEAN SPRAY'S NOTICE OF INTENT TO OPPOSE WEDGE WATER'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**

     Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray"), by counsel, per Judge Curiel's Chambers Rules, hereby submits its Notice of Intent to Oppose Wedge Water's *Ex Parte* Motion for Expedited Discovery (the "*Ex Parte* Motion"). Ocean Spray has not yet seen the *Ex Parte* Motion, but Wedge Water's counsel provided notice by email this afternoon that it planned to file the *Ex Parte* Motion *today*. Ocean Spray respectfully requests forty-eight hours in order to adequately respond to the *Ex Parte* Motion. Assuming, therefore, that Wedge Water files its *Ex Parte* Motion today, Ocean Spray will plan to submit its response by May 12, 2021. Ocean Spray also reminds the Court that there is a Motion to Stay pending determination of venue by the U.S. District Court for the District of Massachusetts in a previously-filed, related case. A Notice of Related Case is being filed concurrently herewith by Ocean Spray. Wedge Water has failed to file the Notice of Related Case despite knowledge of the Massachusetts case prior to filing in this Court and Ocean Spray's reminder to do so.

Dated: May 10, 2021

Respectfully submitted,

POTOMAC LAW GROUP

By: _s/ Marci Lerner Miller_

Marci Lerner Miller

Attorneys for Defendant
Ocean Spray Cranberries, Inc.

**OCEAN SPRAY'S NOTICE OF INTENT TO OPPOSE WEDGE WATER'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**