J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
  rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
WEDGE WATER LLC DBA WAVE SODA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDGE WATER LLC DBA WAVE SODA,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00809-GPC-BLM<br><br>**DECLARATION OF ANDREW LEVINE IN SUPPORT OF PLAINTIFF WEDGE WATER LLC D/B/A WAVE SODA'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY IN SUPPORT OF PRELIMINARY INJUNCTIVE RELIEF** |

DECLARATION OF ANDREW LEVINE ISO PLAINTIFF'S EX PARTE
APPLICATION FOR EXPEDITED DISCOVERY

I, Andrew Levine, pursuant to 28 U.S.C. § 1746, declare:

1. I am licensed to practice before this Court and am counsel of record for Plaintiff Wedge Water LLC d/b/a Wave Soda ("Plaintiff" or "Wave"). If called as a witness, I could and would testify competently to the facts stated herein.

2. On May 10, 2021, at 10:30 a.m, I met and conferred with Defendant's counsel by telephone regarding its request for expedited discovery. Following that call, I sent Defendant's counsel an email again providing notice of this ex parte application. Attached as **Exhibit 1** is a true and correct copy of my email to counsel for Ocean Spray Cranberries, Inc. ("Defendant" or "Ocean Spray"), dated May 10, 2021, memorializing the parties' phone call.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email and letter from Ocean Spray's counsel to Wave's counsel, dated April 20, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a cease-and-desist letter sent from Wave's counsel to Ocean Spray's President, CEO and General Counsel, dated April 9, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Wave's counsel to Ocean Spray's counsel, dated April 22, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Wave's Motion to Transfer, filed on May 3, 2021 in the U.S. District Court for the District of Massachusetts.

7. Attached hereto as **Exhibit 6** is a true and correct copy of copy of an email thread between Wave's counsel and Ocean Spray's counsel, dated May 3, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the of the certificate of registration for U.S. Reg. No. 4641901.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Requests for Production of Documents, Set One, to Defendant Ocean Spray Cranberries, Inc.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff's Interrogatories, Set One, to Defendant Ocean Spray Cranberries, Inc.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Rule 30(b)(6) Deposition Topics to Defendant Ocean Spray Cranberries, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of May, 2021.

By: _____
Andrew Levine