J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
J. Tobias Rowe, Esq. (SBN: 305596)
  rowe@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
WEDGE WATER LLC DBA WAVE SODA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDGE WATER LLC DBA WAVE SODA,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00809-GPC-BLM<br><br>**NOTICE OF ERRATA TO PLAINTIFF WEDGE WATER LLC D/B/A WAVE SODA'S APPENDIX A TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR EXPEDITED DISCOVERY IN SUPPORT OF PRELIMINARY INJUNCTIVE RELIEF** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTIC**E that on May 10, 2021, during the electronic filing of Plaintiff Wedge Water LLC d/b/a Wave Soda's Memorandum of Points and Authorities in Support of Ex Parte Application for Expedited Discovery (Dkt. 15-1), Plaintiff inadvertently omitted its **Appendix A**, a copy of the decision in *Malibu Media, LLC v. Doe,* No. 16-cv-789-BEN (BLM) (S.D. Cal. Apr. 27, 2016).

Pursuant to the instruction of the CM/ECF Clerk, Plaintiff hereby submits an Appendix A, attached hereto, to update the already-filed Memorandum of Points and Authorities in Support of Ex Parte Application. (Dkt. 15-1.)

Dated: May 11, 2021               Respectfully Submitted,

                                  BRAUNHAGEY & BORDEN LLP

                                  By: _____
                                      Andrew Levine

                                  *Attorneys for Plaintiff*
                                  *Wedge Water LLC dba Wave Soda*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

Dated: May 11, 2021            By: */s/ Andrew Levine*
                                                      Andrew Levine